UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SARA MILAN, as Guardian Ad Litem on behalf of minor S.F.,<br><br>            Plaintiff,<br><br>        v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>            Defendant. | No. 2:21-cv-01069-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS UNDER  28 U.S.C. § 1920 |

Based upon the parties' Stipulation (Dkt. 21), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $1,600 under 28 U.S.C. § 2412(d), and costs of $400 under 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Dated: January 21, 2022

_____

JOHN D. EARLY
United States Magistrate Judge